# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1516

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Southern |
| | * | District of Iowa |
| George Harper, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  November 14, 2001

Filed:  December 5, 2001

_____

Before BYE, RICHARD S. ARNOLD, and RILEY, Circuit Judges.

_____

PER CURIAM.

The district court[1] dismissed as time-barred George Harper's initial 28 U.S.C. § 2255 motion, which sought retroactive application of <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000).  We subsequently determined that <u>Apprendi</u> may not be applied retroactively to initial § 2255 motions.  <u>United States v. Moss</u>, 252 F.3d 993, 997 (8th

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

Cir. 2001); <u>see also</u> <u>Murphy v. United States</u>, 268 F.3d 599, 601 (8th Cir. 2001) (applying <u>Moss</u>); <u>Jarrett v. United States</u>, 266 F.3d 789, 791 (8th Cir. 2001) (same).

Our decision in <u>Moss</u> is fatal to Harper's <u>Apprendi</u> claim. We therefore affirm the district court's dismissal of Harper's § 2255 motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.